01
02
03
04
05

06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  RICHARD L. CARMICHAEL,           )   CASE NO. C05-2076-RSM
                                     )
09        Petitioner,                )
                                     )
10        v.                         )   ORDER DENYING PETITIONER'S
                                     )   MOTION FOR STAY; GRANTING
11  E. K. MCDANIEL,                  )   PETITIONER'S MOTION TO
                                     )   DISMISS § 2254 PETITION
12        Respondent.                )
    _____)
13

14        The Court, having reviewed petitioner's motion for stay, or in the alternative, for dismissal

15  without prejudice of his § 2254 petition, the Report and Recommendation of the Honorable Mary

16  Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record,

17  does hereby ORDER:

18        (1)    The Court adopts the Report and Recommendation, and notes his continuing

19  objection to the Court's construing this challenge as appropriate under 28 U.S.C. § 2254, which

20  he expresses in his Objections;

21        (2)    Petitioner's motion for a stay (Dkt. #9) is DENIED;

22        (3)    Petitioner's request, in the alternative, for dismissal without prejudice, is

GRANTED. Petitioner's § 2254 petition and this action are DISMISSED without prejudice; and

GRANTED. Petitioner's § 2254 petition and this action are DISMISSED without prejudice; and

(4) The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 19th day of May, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S MOTION FOR
STAY; GRANTING PETITIONER'S MOTION TO
DISMISS § 2254 PETITION
PAGE -2